UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AACER FLOORING LLC,

    Plaintiff,

v.

ELITE SPORTS PROMOTIONS, INC.
d/b/a/ "THE UNITED STATES
BASKETBALL ACADEMY,"

    Defendant.

Case No. 07-C-1148

## DECLARATION OF MICHAEL J. MANN, JR.

Michael J. Mann, Jr., under penalty of perjury, declares as follows:

1. Since October 15, 2005, I have been Director of Technical Services for Aacer Flooring LLC, the plaintiff in the above-captioned case. I make this Declaration of my own personal knowledge.

2. On November 17, 2006, the National Sports Training Center approved the installation of the floor by Aacer as contemplated by the fourth paragraph of the Letter Agreement that is attached to the Complaint as Exhibit A.

3. The defendant in the above-captioned case, Elite Sports Promotions, Inc., d/b/a/ "The United States Basketball Academy," has neither secured any paid sponsorships nor reimbursed Aacer for any of the Flooring Costs as required by the second paragraph of the Letter Agreement.

4. The Flooring Costs total $196,599.63.

I declare under penalty of perjury that the foregoing statements are true.

Dated this 12th day of February, 2008.

By:_____
Michael J. Mann, Jr.

#282294