# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

AACER FLOORING, LLC.,

                  Plaintiff,          Case No. 07-C-1148

   v.

                                 **HEARING MINUTE SHEET**

ELITE SPORTS PROMOTIONS, INC.,

                  Defendant.

---

**Hon William C. Griesbach, presiding.**     **Deputy Clerk:** Mary E. Conard

**Type of proceeding:** Motion for Default Hearing

**Date:** March 17, 2008           **Court Reporter:** 031708

**Time Commenced:** 10:02 a.m.     **Time Concluded:** 10:07 a.m.

**Appearances:**     **Plaintiff:**   Brick N. Murphy

                             Thomas Wickham Schmidt

             **Defendant:**  No appearance

**Comments:**

Case is called; Attys Schmidt - Murphy appear for π.
Court notes no appearance for Δ, and that this matter has
been placed on calendar in order for Δ to respond to motion.
Court grants default in favor of π.
Atty Schmidt addresses damages
Court finds Δ in default and that flooring costs total
$196,599.63 and that 5% simple interest under WI law
should be added for total damages as of February 13
of $198,500.16 and that interest up until today - when
judgment should be entered - continues at $26.55 per day.
Atty fees of $2793.64 w/ $460.00 additional adjustment
shall be added. Judgment shall be entered accordingly