# United States District Court

EASTERN DISTRICT OF WISCONSIN

AACER FLOORING, LLC.,

       Plaintiff,

v.

ELITE SPORTS PROMOTIONS, INC.,

       Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. 07-C-1148

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** This action came before the Court for consideration.

      **IT IS HEREBY ORDERED AND ADJUDGED** that the Court grants default judgment in favor of the Plaintiff, Aacer Flooring, LLC and against the Defendant, Elite Sports Promotions, Inc. in the amount of $198,500.16 as of February 13, 2008, plus interest at a rate of $26.55 per day until the date of today's judgment. The Court further grants attorneys fees to the plaintiff in the amount of $2793.64, plus the additional amount of attorneys fees of $460.00 requested at the motion hearing on March 17, 2008.

Approved:    s/ William C. Griesbach
                   WILLIAM C. GRIESBACH
                   United States District Judge

Dated: March 17, 2008.

                   JON W. SANFILIPPO
                   Clerk of Court

                   s/ Mary E. Conard
                   (By) Deputy Clerk